CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 02 2010

JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No. 7:05CR00028-017<br>) (Case No. 7:09CV80202)<br>)<br>) **FINAL JUDGMENT AND ORDER**<br>)<br>) By:  Glen E. Conrad<br>) United States District Judge<br>) |
| v. | |
| MISSY SMITH, | |
| Defendant. | |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

that the motion to dismiss is hereby **GRANTED**, and the motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED** and stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this judgment and order to the defendant and to counsel of record for the government.

ENTER: This 2⁰ day of June, 2010

_____
United States District Judge